IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
OCT 17 2014
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER MICHAEL EMTER, Defendant. | CR 14-89-BLG-SPW<br><br>OPINION AND ORDER |

Before the Court is Defendant Christopher Michael Emter's Motion for Appointment of Counsel. (Doc. 6). This Court will not appoint a federal defender to represent Emter until he has appeared before this Court, at which time a determination of eligibility for representation pursuant to the Criminal Justice Act may be made. *See* 18 U.S.C. § 3006A.

This Court has already explained its reasoning for denying Emter's Motion to Dismiss (Doc. 5) and thus will not consider his Appeal of Opinion and Order. (Doc. 7).

ACCORDINGLY, IT IS HEREBY ORDERED that Emter's Motion for Appointment of Counsel (Doc. 6) is DENIED.

1

IT IS ALSO ORDERED that Emter's Appeal of Opinion and Order (Doc. 7) is DENIED.

DATED this 17th day of October, 2014.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge