IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-89-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | OPINION AND ORDER |
| CHRISTOPHER MICHAEL EMTER, | |
| Defendant. | |

Defendant, Christopher Michael Emter, moves the Court, pro se, for a new trial (doc. 91) and to stay his sentence (doc. 92). Despite having been advised that he may not file pro se because he is represented by counsel, *see* Order (doc. 47), Emter continues to submit documents pro se.

Accordingly, this Court finds that, pursuant to D. Mont. L.R. CR 44.1, Emter's pro se submissions will be filed as letters and sealed, with access provided only to counsel for Emter and for the United States. Pro se submissions will be addressed only in the Court's discretion.

DATED this 17th day of July, 2015.

SUSAN P. WATTERS
United States District Judge