IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER MICHAEL EMTER, Defendant. | CR 14-89-BLG-SPW ORDER |
|---|---|

Pending before the Court is the Defendant's Unopposed Motion to Continue Revocation Hearing (Doc. 254) on the grounds the United States is filing a complaint which consists of the alleged violation of supervised release. For good cause shown,

**IT IS HEREBY ORDERED** that the revocation hearing currently set via video for Wednesday, May 27, 2020, at 2:00 p.m., is **VACATED**.

1

**IT IS FURTHER ORDERED** that the revocation proceedings are **STAYED** until the resolution of the forthcoming complaint and indictment, at which time the Revocation Hearing in the above case will be rescheduled.

DATED this 27th day of May, 2020.

SUSAN P. WATTERS
United States District Judge