IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. CHRISTOPHER MICHAEL EMTER, **Defendant.** | CR 14-89-BLG-SPW ORDER |

Pending before the Court is the United States' Motion to Dismiss the Petition to Revoke Supervised Release (Doc. 281). For good cause being shown,

IT IS HEREBY ORDERED that the Motion to Dismiss the Petition to Revoke Supervised Release is **GRANTED**.

IT IS FURTHER ORDERED that the Final Hearing re Revocation of Supervised Release set for March 16, 2022 at 9:30 a.m. is **VACATED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this ____17th____ day of February, 2022

_____
SUSAN P. WATTERS
United States District Judge